## ZACHRY v. THE STATE.

BECK, J. The motion for a new trial in this case contained only the general grounds, complaining that the verdict is contrary to the evidence and without evidence to support it, and that the verdict is contrary to law, without special assignments of error. And it appearing, after examination of the evidence in the case, that there is sufficient evidence to support the verdict, the judgment of the court below refusing a new trial is

*Affirmed. Fish, C. J., absent. The other Justices concur.*

MARCH 15, 1911.

Indictment for murder. Before Judge Freeman. Heard superior court. December 20, 1910.

*W. C. Wright,* for plaintiff in error. *H. A. Hall, attorney-general,* and *J. R. Terrell, solicitor-general,* contra.